KEKER, VAN NEST & PETERS LLP
ELIZABETH K. MCCLOSKEY - # 268184
emccloskey@keker.com
NICHOLAS S. GOLDBERG - # 273614
ngoldberg@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant
JAZZ PHARMACEUTICALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HUMANA INC., | Case No. 4:21-cv-07934-RS |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF ELIZABETH K. MCCLOSKEY** |
| v. | Dept.:    Courtroom 3 – 17th Floor<br>Judge:    Hon. Richard Seeborg |
| JAZZ PHARMACEUTICALS, INC.; JAZZ PHARMACEUTICALS IRELAND LIMITED; JAZZ PHARMACEUTICALS PUBLIC LIMITED COMPANY; HIKMA PHARMACEUTICALS PLC; HIKMA PHARMACEUTICALS USA INC.; HIKMA LABS, INC.; EUROHEALTH (USA), INC.; AMNEAL PHARMACEUTICALS LLC; PAR PHARMACEUTICAL, INC.; LUPIN LTD.; LUPIN PHARMACEUTICALS INC.; LUPIN INC., | Date Filed: October 8, 2021<br><br>Trial Date: Not Yet Set |
| Defendant. | |

PLEASE TAKE NOTICE that Elizabeth K. McCloskey is no longer associated with the law firm of Keker, Van Nest & Peters LLP and has withdrawn her appearance as counsel for Defendant Jazz Pharmaceuticals, Inc.

Defendant will continue to be represented by Nicholas S. Goldberg of the Keker, Van Nest & Peters LLP law firm.

Dated:  September 1, 2022                                KEKER, VAN NEST & PETERS LLP

                                                By:   */s/ Elizabeth K. McCloskey*
                                                      ELIZABETH K. MCCLOSKEY
                                                      NICHOLAS S. GOLDBERG

                                                      Attorneys for Defendant
                                                      JAZZ PHARMACEUTICALS, INC.